AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREEN, J. DANIEL | WESTERN DISTRICT OF TENNESSEE | 04/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. DISTRICT JUDGE | ☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

417 UNITED STATES COURTHOUSE
111 SOUTH HIGHLAND AVENUE
JACKSON, TN 38301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 3/7/2020 to 3/11/2020 | New York, NY | Meeting | travel, hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREEN, J. DANIEL** | 04/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bancourp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | A | Dividend | K | T | | | | | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Fed. Inst 1 Prime Val. Obligations | A | Dividend | L | T | | | | | |
| 5. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 6. Proctor & Gamble CS | A | Dividend | K | T | | | | | |
| 7. AT&T CS | A | Dividend | J | T | | | | | |
| 8. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 9. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 10. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 11. WADDELL & REED ACCT. | | | | | | | | | |
| 12. Waddell & Reed Strategy Port | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 13. Waddell & Reed Balanced Port | A | Dividend | J | T | Sold (part) | 01/20/20 | J | A | |
| 14. Waddell & Reed Bond Port | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 15. | | | | | Sold (part) | 01/20/20 | J | A | |
| 16. Waddell & Reed Core Equity | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 17. | | | | | Sold (part) | 01/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREEN, J. DANIEL** | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Waddell & Reed High Income Port | A | Dividend | J | T | Sold<br>(part) | 01/17/20 | J | A | |
| 19. | | | | | | Sold<br>(part) | 01/20/20 | J | A | |
| 20. | Waddell & Reed Science & Tech Port | A | Dividend | J | T | Sold<br>(part) | 01/17/20 | J | A | |
| 21. | Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | Sold<br>(part) | 01/17/20 | J | A | |
| 22. | Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 23. | VOYA ACCT. | | | | | | | | | |
| 24. | VOYA Gwth and Inc. Portfolio | A | Dividend | J | T | | | | | |
| 25. | VOYA Large Cap Gwth Portfolio | A | Dividend | J | T | | | | | |
| 26. | VOYA FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 27. | VOYA JP Morgan Small Cap Core Eq. Port | A | Dividend | J | T | | | | | |
| 28. | VOYA Am. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 29. | IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 30. | Ivy Asset Strategy Fd. | A | Dividend | J | T | | | | | |
| 31. | Coca Cola - CS | A | Dividend | J | T | | | | | |
| 32. | Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 33. | General Electric - CS | A | Dividend | J | T | | | | | |
| 34. | Johnson & Johnson - CS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. McDonalds - CS | A | Dividend | J | T | | | | | |
| 36. Pacer Benchmark Data | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 37. Permanent Portfolio Fd. | A | Dividend | J | T | Buy (add'l) | 10/02/20 | J | | |
| 38. Pimco Income Fd. | A | Dividend | K | T | | | | | |
| 39. SPDR S&P DIVIDEND ETF | A | Dividend | J | T | Buy | 01/11/20 | J | | |
| 40. Pimco Inv. Grade Bd. | A | Dividend | J | T | | | | | |
| 41. TCW Total Return Bd. Fd. | A | Dividend | J | T | | | | | |
| 42. Schwab US Sm. Cap ETF | A | Dividend | J | T | | | | | |
| 43. Vanguard Mtg Backed SEC | A | Dividend | J | T | | | | | |
| 44. Western Asset Core Plus Bd Fd. | A | Dividend | J | T | | | | | |
| 45. IRA - MERRILL LYNCH | | | | | | | | | |
| 46. The American Beacon London Inc Fd. | A | Dividend | K | T | | | | | |
| 47. Calamos Mkt Nev. Inc Fd | A | Dividend | J | T | | | | | |
| 48. Clearbridge Large Cap Gwth Fd. | A | Dividend | K | T | | | | | |
| 49. Columbia Inc. Div. | A | Dividend | J | T | | | | | |
| 50. Blackrock Equity Div. Fd. | A | Dividend | J | T | | | | | |
| 51. Boston Partners Research Fd. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Comm. Srvcs Select Sector | A | Dividend | J | T | | | | | |
| 53. Consumer Discretionary SPDR | A | Dividend | J | T | | | | | |
| 54. Deleware Value Fd. | A | Dividend | K | T | | | | | |
| 55. Edgewood Grwth Fd. | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 56. First Trust Dow Jones Index Fd | A | Dividend | J | T | | | | | |
| 57. Invesco Emging Mkts ETF | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 58. Invesco Preferred ETF | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 59. Invesco Global Opp Fd | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 60. iShares Edge MSCI Min Emging Mkts | A | Dividend | J | T | | | | | |
| 61. iShares U.S. Preferred ETF | A | Dividend | J | T | | | | | |
| 62. iShares S&P 500 Gwth | A | Dividend | J | T | | | | | |
| 63. ISH USD Hi Yd Corp Bd | A | Dividend | J | T | | | | | |
| 64. iShares S and P Mid-Cap 400 ETF | A | Dividend | J | T | | | | | |
| 65. Janus Henderson Bal. Fd. | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 66. First Tr. ISE Cloud Comp | A | Dividend | J | T | | | | | |
| 67. Healthcare Select SPDR | A | Dividend | J | T | | | | | |
| 68. Lord Abbett Bd Fd | A | Dividend | J | T | Buy | 01/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  Pacific Fd. Strategic Inc. | A | Dividend | J | T | | | | | |
| 70.  Real Estate Select Sector SPDR | A | Dividend | J | T | | | | | |
| 71.  iShares NASDAQ Biotech | A | Dividend | J | T | | | | | |
| 72.  Sector SPDR Energy | A | Dividend | J | T | | | | | |
| 73.  iShares 1BOXX | A | Dividend | J | T | | | | | |
| 74.  iShares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 75.  iShares Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 76.  iShares TR Russell 2000 | A | Dividend | J | T | | | | | |
| 77.  iShares Inc. Core Emerging Mkts | A | Dividend | J | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 78.  iShares US Treasury Bond | A | Dividend | J | T | | | | | |
| 79.  iShares TR Core MSCI EAF ETF | A | Dividend | J | T | | | | | |
| 80.  Pimco Foreign Bond Fd | A | Dividend | J | T | | | | | |
| 81.  SPDR Blmbrg Brcly HiYd Bd | A | Dividend | J | T | Buy<br>(add'l) | 03/12/20 | J | | |
| 82.  T Rowe Price Emg Mkts Stk Fd | A | Dividend | J | T | | | | | |
| 83.  Loomis Sayles Strategic Inc. | A | Dividend | K | T | | | | | |
| 84.  Nuveen Real Estate Fd. | A | Dividend | J | T | | | | | |
| 85.  MFS Value Fd Cl 1 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREEN, J. DANIEL** | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Sector SPDR Financial | A | Dividend | J | T | | | | | |
| 87. T. Rowe Price Blue Chip Gwth Fd. | A | Dividend | K | T | | | | | |
| 88. Templeton Glbl. Bond Fd. | A | Dividend | J | T | | | | | |
| 89. TCW Total Rtn Bond Fd.. | A | Dividend | J | T | | | | | |
| 90. Oakmark Int'l Fd | A | Dividend | J | T | | | | | |
| 91. Oppenheimer Global Opp.Fd. | A | Dividend | J | T | | | | | |
| 92. Transamerica MidCap Fd. | A | Dividend | J | T | | | | | |
| 93. Transamerica Short Term Bd Fd | A | Dividend | J | T | Buy | 10/02/20 | J | | |
| 94. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 95. ProShares Online Retail ETF | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 96. Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 97. Vanguard Dividend Appreciation ETF | A | Dividend | J | T | | | | | |
| 98. Vanguard Materials ETF | A | Dividend | J | T | | | | | |
| 99. Vanguard Info. Tech. ETF | A | Dividend | J | T | | | | | |
| 100. Vanguard Industrial ETF | A | Dividend | J | T | Buy | 10/02/20 | J | | |
| 101. Vanguard Intermediate Bd ETF | A | Dividend | J | T | | | | | |
| 102. Vanguard Mid-Cap Val. Idx. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Short Term Bd | A | Dividend | J | T | | | | | |
| 104. Merrill Lynch Money Market Fd. | A | Interest | L | T | | | | | |
| 105. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 106. Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 107. BanCorp South CD | A | Interest | J | T | | | | | |
| 108. Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 109. Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 110. Ivy Government Securities | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 111. Ivy Core Equity | A | Dividend | K | T | Buy | 05/18/20 | J | | |
| 112. Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | | | | | |
| 113. Ivy Corporate Bond A | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 114. Ivy Accumulative A | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 115. Ivy Sci and Tech Fd. | A | Dividend | J | T | | | | | |
| 116. Ivy Wilshire Global Allocation A | A | Dividend | K | T | Buy | 03/12/20 | J | | |
| 117. Utah My529 Acct (Vanguard Total Stock Market Index) | A | Dividend | L | T | Buy (add'l) | 12/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREEN, J. DANIEL** | 04/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. DANIEL BREEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544